IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANKLIN STYER | : | CIVIL ACTION NO. 1:13-CV-833 |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| FRITO-LAY, INC. | : | |
| Defendant | : | |

## O R D E R

Before the Court in the above-captioned action is a November 15, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, on this 5th day of December 2013, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 16) is **DENIED**.

3) The case is referred back to Magistrate Judge Carlson for pretrial management and for resolution of any pending motions or any future pending motions related to pretrial management.

*S/ Yvette Kane*
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania