IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANKLIN STYER** | : | CIVIL ACTION NO. 1:13-CV-833 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **FRITO-LAY, INC.** | : | |
| | : | |
| Defendant | : | |

## O R D E R

Before the Court in the above-captioned action is a January 11, 2016 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, on this 2nd day of February 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 78) of Magistrate Judge Carlson.

2) Defendants' Motion for Summary Judgment (Doc. No. 44) is **GRANTED**.

3) The Clerk of Court shall **CLOSE** the case.

    *S/ Yvette Kane*
    YVETTE KANE, District Judge
    United States District Court
    Middle District of Pennsylvania